UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARREN WALLACE, et al., | Case No. 5:16-cv-04914-HRL |
| Plaintiffs, | |
| v. | **ORDER DENYING PLAINTIFFS' MOTION TO RELATE CASES** |
| CITY OF SAN JOSE, | Re: Dkt. No. 66 |
| Defendant. | |

Pursuant to Civ. L.R. 3-12, plaintiffs move to relate the instant action (hereafter, *Wallace*) to several others, more recently filed.[1] *Wallace* is assigned to this court upon the consent of all parties. As both sides have advised the court, however, the plaintiffs in the more recently filed cases have declined magistrate judge jurisdiction. Thus, plaintiffs request that the newer actions "be related to *Wallace* but be assigned to the appropriate Article II Judge." (Dkt. 66 at 9). For various reasons, defendant City of San Jose (City) objects to plaintiffs' request, which the City views as an impermissible attempt at "judge shopping."

---

[1] The proposed related actions are 3:18-cv-01383-JD *Barnett, et al. v. City of San Jose*; 5:18-cv-01386-BLF *Crivelo, et al. v. City of San Jose*; 5:18-cv-01390-EJD *Ryan, et al. v. City of San Jose*; 5:18-cv-01393-EJD *Belton, et al. v. City of San Jose*; 5:18-cv-01394-LHK *Escobar, et al. v. City of San Jose*; 5:18-cv-01403-LHK *Conde, et al. v. City of San Jose*; 3:18-cv-01406-WHO *Westcott, et al. v. City of San Jose*.

It is this court's understanding that, due to plaintiffs' declination of magistrate judge jurisdiction in the newer actions, if this court were to relate *Wallace* to the more recently filed actions, then *all* cases, including *Wallace*, would be reassigned to a District Judge. Based on that understanding, this court declines to relate the cases because doing so would not serve the interest of judicial economy. *Wallace* is at the dispositive motion stage. The parties have submitted briefs on summary judgment; the court held a lengthy hearing on the matter and stands poised to issue its ruling on that motion. If all cases were to be related, the present action would be reassigned, and all of this court's work will have been for nothing. Accordingly, plaintiffs' motion to relate cases is denied. The court suggests that plaintiffs may wish to ask the judge assigned to the next lowest case number whether the more recently filed actions should be related.

SO ORDERED.

Dated: April 27, 2018

HOWARD R. LLOYD
United States Magistrate Judge