UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCIS RYAN, et al., <br>     Plaintiffs, <br> v. <br> CITY OF SAN JOSE, <br>     Defendant. | Case No. 5:18-cv-01390-EJD <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ARTHUR BELTON, et al., <br>     Plaintiffs, <br> v. <br> CITY OF SAN JOSE, <br>     Defendant. | Case No. 5:18-cv-01393-EJD |

Pursuant to Civil Local Rule 3-12(c), the above-entitled actions are referred to the Honorable James Donato for a determination as to whether this case is related to <u>Barnett v. City of San Jose</u>, Case No. 3:18-cv-01383-JD, a case currently pending before Judge Donato.

**IT IS SO ORDERED.**

Dated: June 1, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-01390-EJD
SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP
1